AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

FILED U.S. DISTRICT COURT
2009 JUN 15 PM 12: 22
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Michael Myricks | ) Case No: CR196-00061-008 |
| | ) USM No: 09277-021 |
| Date of Previous Judgment: April 11, 1997 | ) Fred Kennedy |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __324__ months **is reduced to** __262 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 324 to 405 months | Amended Guideline Range: | 262 to 327 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS
The Court has considered the facts of this case and all relevant provisions of 18 U.S.C. § 3553(a), specifically deterrence, punishment, and the need to protect the community when determining the appropriate sentence in this case.

Except as provided above, all provisions of the judgment dated __April 11, 1997,__ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: June 15, 2009

Judge's signature

Dudley H. Bowen, Jr.
United States District Judge

Effective Date: _____
(if different from order date)    Printed name and title